*Margin:* ALBANY, Feb. 1810.

MINISTERS, &c. of COX-SACKIE CHURCH v. ADAMS.

*Judgment reversed.*

———❖———

The MINISTERS, ELDERS, and DEACONS of the RE-FORMED DUTCH CHURCH at COXSACKIE *against* ADAMS.

IN error, on *certiorari.* The defendant in error brought an action, by a summons, against the plaintiffs in error, who are a corporate body, for goods sold and delivered, work and labour, &c. The plaintiffs in error appeared by attorney, and went to trial on the merits of the case; and the justice gave judgment against them.

*Margin:* A corporation cannot be sued in a justice's court.

*Sedgwick,* for the plaintiffs in error, contended, that the act for the recovery of debts to the value of 25 dollars, did not authorize any proceedings against a corporation.

*Kirtland,* contra, said, that as the corporation had appeared voluntarily, by attorney, appointed under their seal, and had gone to trial on the merits, they ought not to be allowed to make the objection.

*Per Curiam.* The judgment must be reversed. A corporation cannot be sued before a justice. The provisions of the act, both as to the first process and the

ALBANY,
Feb. 1810.

execution, preclude the construction, that a corporation can be sued before a justice of the peace.

Judgment reversed.